## Commonwealth v. White, Appellant.

Submitted March 18, 1974. *Joel M. Breitstein*, for appellant; *Frederick S. Wolfson*, Assistant District Attorney, and *George E. Christianson*, District Attorney, for Commonwealth, appellee.

Order affirmed.